## SANKEY v. SOCIETY OF CALIFORNIA PIONEERS.

### No. 11,430; February 2, 1886.

#### 9 Pac. 424.

**Mandamus—Application to Superior Court in First Instance.—**
Application for mandamus denied on the ground that the petition
fails to state sufficient reasons for not applying to the superior court
in the first instance.

Application for mandamus.

The petition fails to state any special reason for not ap-
plying to the superior court in the first instance, other than
a saving of time, for the reason that, whatever the decision,
an appeal would be taken to the supreme court. Rule 28
of the supreme court, on which the decision is based, is as
follows:

"In any application made to the court for a writ of man-
damus, .... for which an application might have been
lawfully made to some other court in the first instance, the
affidavit or petition shall, in addition to the necessary matter
requisite by the rules of law to support the application, also
set forth the circumstances which, in the opinion of the ap-
plicant, render it proper that the writ should issue originally
from this court, and not from such other court. The suffi-
ciency or insufficiency of such circumstances so set forth in

that behalf will be determined by the court in awarding or refusing the application.''

Samuel Sankey for petitioners.

By the COURT.—The application for a writ of mandamus is denied upon the ground that the petition fails to state sufficient reasons for not applying to the superior court in the first instance: Rule 28 of the supreme court.